```
                     UNITED STATES DISTRICT COURT
                        DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAMON ZORRILLA ECHEVARRIA,<br><br>    Defendant. | Criminal No. 07-448 (JAF) |

# **O R D E R**

The Motion for Reconsideration of Court Order Denying Motions for Ancillary Hearing, <u>Docket Document No. 82</u>, is **DENIED**. We ordered forfeiture pursuant to a money judgment, not the forfeiture of specific property. See <u>United States v. Misla-Aldarondo</u>, 478 F.3d 52, 73-4 (1st Cir. 2007) (explaining the difference between a personal money judgment and the forfeiture of specific property). Accordingly, the amount that must be turned over by Defendant is not the actual currency involved in the offense but an amount equivalent to it. Zorrilla and Castillo cannot establish an interest in this money judgment. <u>United States v. Reiner</u>, 393 F. Supp.2d 52, 55 (D.Me. 2005) (quoting the Advisory Committee Notes for Fed. R. Crim. P. 32.2) ("A money judgment is an in personam judgment against

Criminal No. 07-448 (JAF)                                              -2-

1   the defendant and not an order directed at specific assets in
2   which any third party could have any interest.").
3   **IT IS SO ORDERED.**
4   San Juan, Puerto Rico, this 25th day of June, 2008.

5                                              S/José Antonio Fusté
6                                              JOSE ANTONIO FUSTE
7                                              Chief U. S. District Judge